**No. 50109.**—Protest 69140–K of B. R. Anderson & Co. (Seattle).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 50110.**—Protests 108293–K, etc., of Eastern Grocery Co. et al. (Los Angeles, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50111.**—Protests 740641–G, etc., of May Co. et al. (Cleveland, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.